UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY OLIVER, | Case No. 2:23-cv-00626-MCE-JDP |
| Plaintiff, | |
| v. | **ORDER** |
| SAFE HAVEN SECURITY SERVICES, INC., et al., | |
| Defendants. | |

Plaintiff's Motion to Dismiss (ECF No.10) is GRANTED.  This action is hereby DISMISSED with prejudice, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 12, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1